Form FIND

UNITED STATES BANKRUPTCY COURT
Northern District of California

In Re: Dale Kenneth Alvarez and Josefina Torio Alvarez   Case No.: 12–49904 MEH 7
　aka　Dale and Josefina Alvarez Trust　　　　　Chapter: 7
　　　　Debtor(s)

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Michael G. Kasolas is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 8/25/14                                By the Court:

                                              M. Elaine Hammond
                                              United States Bankruptcy Judge